No. 04–5920. EDMOND v. NIGHTHAWK SYSTEMS, INC., ET AL. Ct. App. Colo. Certiorari denied.

No. 04–5923. BLOM v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–5925. CAMPBELL v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–5927. ESCOBAR DE JESUS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–5932. BROWN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5935. GONEY, AKA HARRIS, AKA THOMAS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–5936. MICHAU v. TAYLOR, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–5940. SLICER v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–5941. REDMOND v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 04–5949. BARBER v. DEPARTMENT OF JUSTICE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 04–5952. ALCANTAR-CHAIDEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5954. BELL v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5962. BOGGS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 04–5964. BUTLER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–5966. BECK v. BOWERSOX, SUPERINTENDENT, SOUTH CENTRAL CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.